KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| REBECCA BRANSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 2:17-cv-1787-EFB<br><br>STIPULATED EXTENSION OF TIME |
|---|---|

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has been unwell and requires the rescheduling of some deadlines to properly address the issues. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on February 25, 2018.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated January 25, 2018:        /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109
                               Mackenzie Legal, PLLC

Page 1    STIPULATION
          [2:17-cv-1787-EFB]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated January 25, 2018:	s/ KELSEY M. BROWN for Donna Anderson
DONNA ANDERSON
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief is now due on February 25, 2018. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 29th day of January, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Page 2   STIPULATION
         [2:17-cv-1787-EFB]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063