McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA BRANSON, | Case No. 2:17-cv-01787-EFB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR A STAY IN PROCEEDINGS |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that briefing in the instant case be stayed for 60 days until April 30, 2018. The parties need additional time to allow the agency to create an accurate certified administrative record. Plaintiff's counsel was in the process of drafting the Motion for Summary Judgment and realized that the hearing in the

1

record was not the correct hearing. The Commissioner is now awaiting receipt of a transcription of the correct administrative hearing. Upon receipt of the corrected administrative record, Plaintiff will determine whether to amend her Motion for Summary Judgment. Plaintiff's Counsel does not object and further agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: February 27, 2018  By:*/s/ Kelsey Brown\**
KELSEY BROWN
Attorney for Plaintiff
(*By e-mail authorization on 02/27/18)

Dated: February 27, 2018  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: February 28, 2018.

HON. EDMUND F. BRENNAN
United States Magistrate Judge