KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRENSO DIVISION

| | |
|---|---|
| REBECCA BRANSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case # 2:17−CV−1787 - EFB<br><br>STIPULATED EXTENSION OF TIME |

  The parties hereby stipulate by counsel and in accordance with the scheduling order. The stay on the above entitle case should be lifted. Plaintiff's counsel has been seriously ill the last few weeks, ultimately requiring hospitalization. Counsel is now home a recuperating but needs additional time to prepare the documents for this case. As a solo practitioner, Plaintiff's counsel has no other attorneys to assist in these efforts. Plaintiff shall have an extension of time to file an amended Opening Brief to May 4, 2018.

  The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Stipulated Extension Of Time - 1

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

| | | |
|---|---|---|
| 1 | DATED:  April 11, 2018. | /s/ Kelsey Brown |

KELSEY BROWN    CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
 (206) 300-9063

Attorney for Plaintiff

Dated April 11, 2018:  s/ KELSEY M. BROWN for Donna Anderson
DONNA ANDERSON
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. The stay of this action is lifted.  Plaintiff's Opening brief shall be filed by May 4, 2018. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 12th day of April, 2018.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulated Extension Of Time - 2

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063