McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA BRANSON, | Case No. 2:17-cv-01787-EFB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Amended Motion for Summary Judgment be extended until July 3, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the

government's position due schedule conflicts. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: June 4, 2018          By:     */s/ Kelsey Brown* *
                                    KELSEY BROWN
                                    Attorney for Plaintiff
                                    (*By e-mail authorization on 06/04/18)

Dated: June 4, 2018                 McGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                      */s/ Donna W. Anderson*
                                    DONNA W. ANDERSON
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: June 6, 2018.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge