McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA BRANSON, | Case No. 2:17-cv-01787-EFB |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Rebecca Branson be awarded attorney fees in the amount of FOUR THOUSAND EIGHT HUNDRED

dollars ($4,800) and under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Rebecca Branson, the government will consider the matter of Rebecca Branson's assignment of EAJA fees to Kelsey Brown. The retainer agreement containing the assignment was attached as an exhibit to the motion for fees (Doc. No. 29). Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Rebecca Branson, but if the Department of the Treasury determines that Rebecca Branson does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Kelsey Brown, pursuant to the assignment executed by Rebecca Branson.[1] Any payments made shall be delivered to Kelsey Brown.

This stipulation constitutes a compromise settlement of Rebecca Branson's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Rebecca Branson and/or Kelsey Brown may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Kelsey Brown to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Date:  June 7, 2019            By:    */s/ Kelsey Brown* *
                                      KELSEY BROWN
                                      Attorney for Plaintiff
                                      (*By e-mail authorization on 06/07/19)

Dated: June 7, 2019                   McGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                       */s/ Donna W. Anderson*
                                      DONNA W. ANDERSON
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  June 25, 2019              _____
                                   HON. EDMUND F. BRENNAN
                                   United States Magistrate Judge